## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

IN RE:
  Gregory P Hower
  Grace L Hower

                              Debtors

CASE NO: 16-33972
    (Chapter 13)

JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **5049468**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0- | Gregory P Hower & Grace L Hower<br>279 Parkway Blvd<br>Urbana, OH  43078 | 3,647.44 |

/s/ John G. Jansing
John G. Jansing  0040926
Chapter 13 Trustee
131 N. Ludlow St.  Suite 900
Dayton, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/14/2021

CERTIFICATE OF SERVICE                    16-33972

I hereby certify that a copy of the Report Of Unclaimed Funds was served **electronically** on the date of the filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on June 15, 2021 addressed to:

Gregory P Hower
Grace L Hower
279 Parkway Blvd
Urbana, OH  43078